AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Heffley, Marilyn | **2. Court or Organization**<br><br>United States District Court Room 4001 | **3. Date of Report**<br><br>05/10/2018 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>MAGISTRATE - FULL TIME | **5a. Report Type (check appropriate type)**<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
601 MARKET STREET - ROOM 4001
PHILADELPHIA, PA 19106-1768

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2017 | UNITED STATES JUDGES | $185,503.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Marilyn Heffley Individual NFS (H) | | | | | | | | | |
| 2. -Bank Deposit Sweep Program QPRMQ | A | Interest | K | T | | | | | |
| 3. -American Fundamental Investors CL F2 | B | Dividend | K | T | | | | | |
| 4. -American Growth Fund of America CL F2 | B | Dividend | K | T | | | | | |
| 5. -Dreyfus Global Real Return Cl I | A | Dividend | K | T | Buy (add'l) | 08/18/17 | J | | |
| 6. -Harding Loevner Institutional Emerging Markets Portfolio Cl I | A | Dividend | K | T | | | | | |
| 7. -JPMorgan Equity Income Fund Select Cl | B | Dividend | L | T | Sold (part) | 08/18/17 | J | B | |
| 8. -Parnassus Mid-Cap Fund | B | Dividend | K | T | | | | | |
| 9. -T. Rowe Price Blue Chip Growth Fund | B | Dividend | L | T | Sold (part) | 05/31/17 | J | B | |
| 10. | | | | | Sold (part) | 08/18/17 | J | C | |
| 11. -Tweedy, Browne Global Value Fund | B | Dividend | L | T | | | | | |
| 12. -Zacks Small-Cap Core Fund | D | Dividend | K | T | | | | | |
| 13. -AllianceBernstein Global Bond Fund Advisor Cl | A | Dividend | K | T | | | | | |
| 14. -BlackRock PA Municipal Bond Fund Institutional Shares | C | Dividend | L | T | Buy (add'l) | 08/18/17 | J | | |
| 15. -BlackRock Strategic Income Opportunities Portfolio Cl Institutional | B | Dividend | K | T | | | | | |
| 16. -Eaton Vance Floating-Rate Advantage Fund Cl I | A | Dividend | K | T | | | | | |
| 17. -Fidelity Total Bond Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Permal Alternative Core Fund Cl I | A | Dividend | K | T | Buy | 05/31/17 | K | | |
| 19. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 20. -AQR Managed Futures Strategy Fund Cl I | | None | | | Sold | 05/31/17 | K | A | |
| 21. | | | | | | | | | |
| 22. PNC Savings Account | A | Interest | J | T | | | | | |
| 23. Merrill Edge Cash Management Account | A | Interest | N | T | | | | | |
| 24. Energy Transfer Partners, LP | B | Distribution | J | T | | | | | |
| 25. | | | | | | | | | |
| 26. Marilyn Heffley IRA Rollover (H) | | | | | | | | | |
| 27. -Bank Deposit Sweep Program QPRMQ | A | Interest | K | T | | | | | |
| 28. -American Am-Cap Fund F2 | C | Dividend | K | T | Sold (part) | 08/18/17 | J | A | |
| 29. -AQR Managed Futures Fund CL I | | None | K | T | Sold (part) | 12/08/17 | J | A | |
| 30. -John Hancock Funds Disciplined Value Mid-Cap Fund CL I | C | Dividend | K | T | | | | | |
| 31. -Oppenheimer Developing Markets Fund Cl Y | A | Dividend | K | T | | | | | |
| 32. -PIMCO All Asset All Authority-Instit CL | C | Dividend | L | T | Buy (add'l) | 08/18/17 | J | | |
| 33. -T. Rowe Price Blue Chip Growth Fund | B | Dividend | K | T | Sold (part) | 12/08/17 | J | B | |
| 34. -Undiscovered Managers Behavior Value Institutional | B | Dividend | K | T | Sold (part) | 02/17/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Equity Income Investor CL | C | Dividend | L | T | Sold (part) | 08/18/17 | J | D | |
| 36. -AB Global Bond Fund Advisor Cl | A | Dividend | K | T | Buy (add'l) | 02/17/17 | J | | |
| 37. -BlackRock Floating Rate Inc Port Instl | A | Dividend | K | T | | | | | |
| 38. -Eaton Vance Income Fund Of Boston Cl I | B | Dividend | K | T | | | | | |
| 39. -John Hancock STR Inc Opportunities CL I | B | Dividend | L | T | | | | | |
| 40. -Lord Abbett Short Duration Income Fund Cl F | A | Dividend | K | T | Buy | 12/08/17 | K | | |
| 41. -The Hartford International Opportunities Cl I | C | Dividend | L | T | Buy | 02/17/17 | K | | |
| 42. -Lazard International Strategic Equity Portfolio Open Shares | | None | | | Sold | 02/17/17 | K | A | |
| 43. | | | | | | | | | |
| 44. Marilyn Heffley IRA Guardian Life Insurance (H) | | | | | | | | | |
| 45. -Alliance Bernstein VPS Growth & Income Portfolio Class B | | None | J | T | | | | | |
| 46. -BlackRock Capital Appreciation Series I | | None | J | T | | | | | |
| 47. -BlackRock Large Cap Core CL III | | None | J | T | | | | | |
| 48. -Columbia Variable Portfolio Small Cap VA | | None | J | T | | | | | |
| 49. -Fidelity VIP Contrafund SRCL2 | | None | J | T | | | | | |
| 50. -Fidelity VIP Midcap Port SRCL2 | | None | J | T | | | | | |
| 51. -Franklin Small Cap Value VIP Fund Class | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Franklin US Government Sercurities VIP FU | | None | J | T | | | | | |
| 53. -Invesco VI International Growth Series I | | None | J | T | | | | | |
| 54. -Janus Aspen (Henderson) Global Technology Ss | | None | J | T | | | | | |
| 55. -MFS VIT Utilities Series SC | | None | J | T | | | | | |
| 56. -Oppenheimer Global Strategic Income/VA S | | None | K | T | | | | | |
| 57. -Oppenheimer Main Street Small Cap Fund/ V | | None | J | T | | | | | |
| 58. -PIMCO Total Return Advisor CL | | None | J | T | | | | | |
| 59. -Pioneer Mid Cap Value VCT CL II | | None | J | T | | | | | |
| 60. -RS (Victory) INV Quality Bond VIP Series | | None | J | T | | | | | |
| 61. -RS (Victory) Large Cap Alpha VIP Series | | None | J | T | | | | | |
| 62. -RS (Victory) Low Duration Bond VIP Series | | None | J | T | | | | | |
| 63. -Wells Fargo VT International Equity Fund | | None | J | T | | | | | |
| 64. | | | | | | | | | |
| 65. Marilyn Heffley IRA (H) | D | Distribution | | | | | | | |
| 66. -Bank Deposit Sweep Program QPRMQ | A | Interest | J | T | | | | | |
| 67. -American AMCAP Fund F2 | B | Dividend | K | T | Sold (part) | 08/18/17 | J | A | |
| 68. | | | | | Sold (part) | 12/08/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Harding Loevner Institutional Emerging Markets CL I | A | Dividend | K | T | | | | | |
| 70. -John Hancock Global Absolute Return Strategic CL I | | None | K | T | Buy (add'l) | 05/31/17 | J | | |
| 71. -Vanguard Equity Income Investor CL | B | Dividend | K | T | Sold (part) | 08/18/17 | J | B | |
| 72. -Zacks Small-Cap Core Fund | B | Dividend | K | T | | | | | |
| 73. -AB Global Bond Fund Advisor Cl | A | Dividend | K | T | | | | | |
| 74. -BlackRock Strategic Income Opprtsi Institutional | B | Dividend | K | T | Buy (add'l) | 05/31/17 | J | | |
| 75. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 76. -Columbia Strategic Income Fund Cl R4 | B | Dividend | K | T | | | | | |
| 77. -Eaton Vance Floating Rate Advantage Cl I | A | Dividend | J | T | | | | | |
| 78. -American Funds EuroPacific Growth Fund Cl F-2 | A | Dividend | K | T | Buy | 12/08/17 | K | | |
| 79. -Lord Abbett Short Duration Income Fund Cl F | A | Dividend | J | T | Buy | 12/08/17 | J | | |
| 80. -Parnassus Mid-Cap Fund | A | Dividend | J | T | Buy | 12/08/17 | J | | |
| 81. -Aston/Fairpointe (AMG Managers) Mid-Cap Fund CL N | | None | | | Sold | 12/08/17 | K | B | |
| 82. -AQR Managed Futures Fund CL I | | None | | | Sold | 05/31/17 | K | B | |
| 83. -Federated Short Term Income FD CL Y | A | Dividend | | | Sold | 12/08/17 | J | A | |
| 84. -Goldman Sachs Emerging Markets Debt Instl | A | Dividend | | | Sold | 12/08/17 | K | A | |
| 85. -Tweedy Browne Global Value Fund | | None | | | Sold | 12/08/17 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. SunCoke Energy | | None | J | T | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 05/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marilyn Heffley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544